# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Joseph Nathaniel Johnson

              Petitioner,

v.

United States of America

              Respondent.

**JUDGMENT**

Case Number: 2:20-cv-01147-KJD

(Related case: 2:15-cr-00295-KJD-CWH)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED. Judgment for the United States. A Certificate of Appealability shall not issue.

| | |
|---|---|
| 07/05/2023 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Zamora |
| | Deputy Clerk |